IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * CRIMINAL NO.   12-00268-CG |
| v. | * |
| | * |
| **LARRY DALE BARLOW** | * |

FINAL JUDGMENT OF FORFEITURE

**WHEREAS**, On December 27, 2012, the Defendant, **LARRY DALE BARLOW,** entered a plea of guilty to Count One of the indictment and as a condition of his guilty plea, agreed to forfeit to the United States all of his right, title, and interest to all property which is set forth in the forfeiture notice of the indictment and which is forfeitable to the United States pursuant to Title 18, United States Code, Section 2253 and Title 21, United States Code, Section 853. Pursuant to the guilty plea, Defendant **LARRY DALE BARLOW** agreed and confessed to forfeit the following property:

(1) LG P505 Cellular Smartphone, SN: 107KPWG117361, including one 2 GB Micro SD Card; and

(2) One Compaq Laptop Computer, SN: CNF0367HBM-CQ56-112NR.

**WHEREAS**, The United States properly published notice of the forfeiture of the above described property and the requirements for filing a claim for the property for 30 consecutive days starting February 8, 2013, on www.forfeiture.gov. (Ad number 126247)  A Proof of Publication was filed on March 13, 2013, (Doc. 29), specifying the details of this publication.  No third-parties have come forward to

assert an interest in the subject property in the time required under Title 21, U.S.C, § 853(n).

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the following property is forfeited to The United States of America pursuant to Title 18, United States Code, Section 2253, and Title 21, United States Code, Section 853 for disposition according to law:

  **(1)   LG P505 Cellular Smartphone, SN: 107KPWG117361, including, one 2 GB Micro SD Card; and**

  **(2)   One Compaq Laptop Computer, SN: CNF0367HBM-CQ56-112NR.**

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward three (3) certified copies of this Order to Assistant United States Attorney Maria E. Murphy.

**DONE** and **ORDERED** this 9th day of April 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

2