# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| LARRY DALE BARLOW, ) | |
| #12826-003, ) | |
| ) | |
| Petitioner, ) | |
| ) | CRIMINAL NO. 12-000268-CG-B |
| vs. ) | CIVIL ACTION NO. 14-0233-CG-B |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 25, 2017, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 2nd day of March, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE