# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LARRY DALE BARLOW, ) | |
| #12826-003, ) | |
| ) | |
| Petitioner, ) | |
| ) | CRIMINAL NO. 12-000268-CG-B |
| vs. ) | CIVIL ACTION NO. 14-0233-CG-B |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that Petitioner's § 2255 Motion to Vacate, Set Aside, or Correct Sentence (Doc. 52) is **DENIED**, that this action is **DISMISSED**, and that **JUDGMENT** is entered in favor of Respondent, the United States of America, and against Petitioner, Larry Dale Barlow.  The Court further finds that Petitioner is not entitled to issuance of a Certificate of Appealability, and therefore, is not entitled to proceed on appeal in forma pauperis.

**DONE and ORDERED** this 2nd day of March, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE